# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HENRY EPPERSON**  **PLAINTIFF**
**#08162-21**

V.            NO. 4:22-cv-00357-BRW-ERE

**R. MATHIS,** *et al.*            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of July, 2022.

                                               BILLY ROY WILSON
                                         UNITED STATES DISTRICT JUDGE